IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SCOTTIE LEE GRAVES,           )
                              )
        Plaintiff,            )
                              )
    v.                        )    1:18CV66
                              )
UNITED STATES OF AMERICA, et al.,)
                              )
        Defendant(s).         )

## ORDER AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner of the State of North Carolina and frequent prior pro se litigator in this Court, submitted an action in which he seeks to have all of his many prior cases expunged or erased and complains of a civil rights violation. Based on this last allegation, the Court treated as a civil rights action pursuant to 42 U.S.C. § 1983. The form of the Complaint is such that serious flaws make it impossible to further process the Complaint. The problems are:

1.  The filing fee was not received nor was a proper affidavit to proceed *in forma pauperis* submitted, with sufficient information completed or signed by Plaintiff, to permit review.

2.  The Complaint is not on forms prescribed for use by this Court, nor is the information requested by such forms and necessary to process the Complaint pursuant to 28 U.S.C. § 1915A contained in Plaintiff's submission. See LR 7.1(e).

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects of the

present Complaint. To further aid Plaintiff, the Clerk is instructed to send Plaintiff new § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)). Plaintiff also seeks the proper forms for filing a writ of habeas corpus under 28 U.S.C. § 2254. The Clerk will provide him with those forms.

As for Plaintiff's request that his numerous prior cases be expunged or erased, he sets out absolutely no valid grounds to warrant this and it constitutes yet another frivolous request for relief by Plaintiff.

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation. The Clerk is instructed to send Plaintiff § 1983 and § 2254 forms, instructions, applications to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new action, on the proper § 1983 or § 2254 forms, which corrects the defects cited above.

This, the 5th day of February, 2018.

_____
Joe L. Webster
United States Magistrate Judge

2